IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| JUAN CARLOS GIL, | : | CIVIL ACTION |
| v. | : | NO. 2:24-cv-02506-JMY |
| PHILADELPHIA HOTEL ASSOCIATES LP, MHI HOSPITALITY TRS LLC. | : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff JUAN CARLOS GIL and the Defendant PHILADELPHIA HOTEL ASSOCIATES LP, MHI HOSPITALITY TRS LLC that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: December 4, 2024


Respectfully submitted,

*/s/ George W. Wickhorst, III*
George W. Wickhorst, III, Esq.
ADAdvocates LLC
777 Brickell Avenue Suite 400
Miami, Florida 33131
T: 305.481.9809
E: george@adadvocates.org
*Attorney for Plaintiff*


By: */s/ Ryan T. Benson*
Ryan T. Benson
O'Hagan Meyer, LLC
One East Wacker Drive, Suite 3400
Chicago, IL 60601

312.422.6138 (office)
rbenson@ohaganmeyer.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on December 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served this day on counsel of record in this action via transmission by CM/ECF.

                                                 */s/ Ryan T. Benson*
                                                 Ryan T. Benson